IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAUNN PHILLIPS                                                                                    PLAINTIFF

V.                              Case No. 2:11-CV-02063

NORTHPORT HEALTH SERVICES OF
ARKANSAS, LLC                                                                                     DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

Currently before the Court is the parties' Joint Motion to Dismiss with Prejudice (Doc. 27).

It appearing to the Court that the matter has been settled, it is ORDERED that the parties' Joint Motion (Doc. 27) is GRANTED and the Complaint herein is DISMISSED WITH PREJUDICE, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days from the file date of this order.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 22nd day of May, 2012.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE